UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE

**UNITED STATES OF AMERICA**

v.

**CASE NO. 4:10-CR-00007-001**

**TONY RAY HILL**

## ORDER AMENDING CONDITIONS OF RELEASE

    After consulting with both the United States of America and counsel for the defendant, the court finds it necessary to amend the Order Setting Conditions of Release, filed in this case on May 5, 2010, to allow this defendant to reside with his spouse and therefore to allow communication on subjects other than this case. Both parties have pending matters before this court and neither defendant may discuss his or her respective case with each other outside the presence of their counsel.

    Entered: May 6, 2010.

*/s/ Michael F. Urbanski*

Michael F. Urbanski
United States Magistrate Judge